

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 10, 2024

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Mayande Gowon*, 22 Cr. 361 (JPO)

Dear Judge Oetken:

The Government respectfully writes to request a brief adjournment of its deadline to file its sentencing submission in the above-referenced case, from December 11, 2024 to December 13, 2024, leaving the date of the sentencing proceeding, December 18, 2024, unchanged. The defendant has no objection to this request.

Granted.
So ordered.
 12/10/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  _____/s/_____
Diarra M. Guthrie
Jonathan Bodansky
Assistant United States Attorneys
(212) 637-2463 / -2385

_____
J. PAUL OETKEN
United States District Judge

cc:   Neil Kelly, Esq. (by ECF)